**OHIO FUEL GAS CO v MT. VERNON (city)**

Ohio Appeals, 5th Dist, Knox Co
Decided Nov. 24, 1930

For full opinion see 174 NE 260; 37 Oh
Ap 159 (Oh Bar 2-17-31).